Robert C. Bowman, Jr. (SBN: 232388)
LAW OFFICES OF BOWMAN & ASSOCIATES
*A Professional Corporation*
3230 Ramos Circle
Sacramento CA 95827
Telephone: (916) 923-2800
Facsimile: (916) 358-8689
robert@bowmanandassoc.com

Attorneys for Plaintiff
Mei Li

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI LI<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES and DOES 1 through 70<br>  Defendants. | **CASE NO: 2:18-CV-02888- JAM-EFB**<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

MEI LI ("LI" or "Plaintiff") and CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES ("DHCS" or "Defendant") stipulate as follows:

1. On January 19, 2018, LI commenced an action in the Superior Court of the state of California in and for the County of Sacramento, entitled MEI LI, Plaintiff v. CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES and DOES 1 through 70 inclusive, Defendants, as Case Number 34-2018-00225678 (the "Action").

2. Defendant was personally served the Complaint on October 1, 2018.

3. On May 11, 2018, Defendant filed a notice of removal of the Action pursuant to U.S.C. §§ 1331 and 1441(b) with the United States District Court for the Eastern District of California.

4. On October 30, 2018, Defendant completed the removal process by filing a conformed copy of the notice of removal with the Sacramento County Superior Court.

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
3841 N. FREEWAY BLVD., SUITE 185
Sacramento, CA 95834

5. Plaintiff filed a First Amended Complaint on November 26, 2018. One of the changes in the First Amended Complaint was the removal of the Title VII cause of action.

6. After some discussion, the parties have agreed that the Action should be remanded to the Sacramento County Superior Court. To that end, the Parties hereby stipulate that the Action be remanded to Sacramento County Superior Court pursuant to this stipulation and order.

DATED: 12/28/18                LAW OFFICES OF BOWMAN AND
                               ASSOCIATES, A.P.C.


                               By _____/s/_____
                                   ROBERT C. BOWMAN, JR.
                                   Attorney for Plaintiff
                                   MEI LI

DATED: 12/28/18                OFFICE OF THE ATTORNEY GENERAL


                               By _____/s/_____
                                   TRACY OWENSBY
                                   Attorney for Defendant
                                   CALIFORNIA DEPARTMENT OF
                                   HEALTH CARE SERVICES

Stipulation to Remand Removal Action; Order Thereon
-2-

# ORDER

On December 28, 2018, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Vacate all pending hearings for the above-referenced action;
3. Eastern District Court of California case number 2:18-CV-02888-JAM-EFB styled LI v. CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES is hereby remanded to Sacramento County Superior Court.

IT IS SO ORDERED

Dated: 12/28/2018 /s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

Stipulation to Remand Removal Action; Order Thereon
-3-